ISIDORE CUBA, Respondent, *v.* LOUIS DRUSKIN et al., Appellants.

*Cuba* v. *Druskin,* 135 App. Div. 508, affirmed.
(Argued May 2, 1911; decided May 16, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1909, which reversed a determination of the Appellate Term, affirming a judgment of the Municipal Court of the city of New York in favor of defendants, and directed judgment in favor of plaintiff in an action by a purchaser of real property against the vendors to recover for a breach of a covenant against incumbrances contained in the deed.

*Abraham H. Sarasohn* for appellants.

*Leon Kronfeld* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.